ADAM S. MATHESON et al., as Receivers of THE AMERICAN TUBE AND IRON COMPANY, Appellants, *v.* CLIFTON WHARTON, JR., as Assignee of JACOB JAMER, etc., and THE NATIONAL TUBE WORKS COMPANY, Respondents.

*Matheson* v. *Wharton*, 89 Hun, 409, affirmed.
(Argued May 10, 1897; decided June 8, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the first judicial department, entered October 18, 1895, which reversed a judgment in favor of plaintiffs entered upon the report of a referee and granted a new trial.

*Edgar J. Nathan* and *Michael H. Cardozo* for appellants.

*Alfred Jaretzki* and *James McKeen* for respondents.

Order affirmed and judgment absolute ordered against the appellants, with costs, on opinion below.
All concur, except ANDREWS, Ch. J., not voting.

---

JOSEPH J. LITTLE, as Receiver of THE WORTHINGTON COMPANY, Appellant, *v.* DAVID G. GARABRANT et al., Respondents.

*Little* v. *Garabrant*, 90 Hun, 404, affirmed.
(Argued May 10, 1897; decided June 8, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered November 23, 1895, which affirmed a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*James M. Fisk* for appellant.

*Frederic A. Ward* for respondents.

Judgment affirmed, with costs, on opinions below.
All concur.